# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128404 & (40)(43)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOEL DOCKETT,
　　　　Plaintiff-Appellee,

v

KRAMER ENTERTAINMENT
AGENCY, INC.,
　　　　Defendant-Appellant.

SC: 128404
COA: 252463
Kent CC: 00-011376-CK

_____/

　　　　On order of the Court, appellant having filed a motion to dismiss the pending application and having represented that appellee does not oppose the relief sought, the motion is considered and it is GRANTED. The application and appellee's pending motion to correct judgment are DISMISSED with prejudice and without costs.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

s1024